UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------x
EARL BRUCE,

                **Plaintiff,**

  - against -

THE PORT AUTHORITY OF NEW YORK
and NEW JERSEY and JOSE A. MARTINEZ,
                **Defendants.**
---------------------------------------------------------x

**ORDER**

**05 CV 2639 (NG)(KAM)**

**GERSHON, United States District Judge:**

      Plaintiff's Motion for Default Judgment against Jose A. Martinez, in the above-referenced case is granted. The determination of damages will be held in abeyance until the resolution of this matter as between plaintiff and the remaining defendants.

                                       **SO ORDERED.**

                                       */s/ Nina Gershon*
                                       **NINA GERSHON**
                                       **United States District Judge**

Dated: Brooklyn, New York
        November 16, 2005